No. 74–1242. CUSTOM RECORDING CO., INC. *v.* BLANTON, GOVERNOR OF TENNESSEE, ET AL. Appeal from D. C. M. D. Tenn. Judgment vacated and case remanded so that a fresh order may be entered from which a timely appeal may be taken to the United States Court of Appeals for the Sixth Circuit. *MTM, Inc.* v. *Baxley*, 420 U. S. 799 (1975).

No. 73–1827. UNITED STATES ET AL. *v.* HUMBLE OIL & REFINING CO. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Bisceglia*, 420 U. S. 141 (1975). MR. JUSTICE STEWART and MR. JUSTICE BLACKMUN would deny the petition. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.*

No. 73–1884. JONES *v.* KENTUCKY. Ct. App. Ky. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Drope* v. *Missouri*, 420 U. S. 162 (1975).

No. 74–36. UNITED STATES *v.* LEWIS. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Serfass* v. *United States*, 420 U. S. 377 (1975).

*See also note, *supra*, p. 940.